**94–390.** Richard L. Bowen & Assoc., Inc. v. 1200 W. 9th Street Ltd. Partnership. *Cuyahoga County,* No. 63899. Reported at 69 Ohio St.3d 1445, 632 N.E.2d 912. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.